UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>TIA JANEE ROBINSON,<br><br>                      Defendant. | No. CR23-00090-JHC-4<br><br>ORDER CONTINUING PRETRIAL MOTIONS DEADLINE AND JURY TRIAL DATE |

THE COURT has considered the motion filed by the Defendants requesting a continuance of the pretrial motions deadline.

In light of the circumstances that are presented in the Defendant's motion, THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  THE COURT also finds that the failure to grant a continuance of the pretrial motions deadline date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).  THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public.

Accordingly, THE COURT ORDERS that the pretrial motions deadline shall be set for February 22, 2024, and the jury trial date shall be continued to March 4, 2024.

ORDER CONTINUING TRIAL - 1
Case No. CR23-00090-JHC-4

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
720 Third Avenue, Suite 2105
Seattle, WA  98104
(206) 447-7422

IT IS FURTHER ORDERED that the period of delay from the date of this order to March 4, 2024, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

DONE this 14th day of August, 2023.

John H. Chun
United States District Judge

Presented by:

*/s/ Robert Flennaugh II*
Robert Flennaugh II
Counsel for Tia Robinson

ORDER CONTINUING TRIAL - 2
Case No. CR23-00090-JHC-4

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
720 Third Avenue, Suite 2105
Seattle, WA 98104
(206) 447-7422

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the United States of America, Assistant United States Attorney Cindy Chang.

 _s/ Elysia Houston_
Elysia Houston, Legal Assistant
LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
720 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 447-7422
Email:  Elysia@flennaughlaw.com

ORDER CONTINUING TRIAL - 3
Case No. CR23-00090-JHC-4

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
720 Third Avenue, Suite 2105
Seattle, WA  98104
(206) 447-7422