The Hon. John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIA JANEE ROBINSON, <br><br> Defendant | NO. CR23-090-JHC <br><br><br><br> **ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Consolidation Motion for Preliminary Order of Forfeiture and Order of Forfeiture (the "Motion"), in which the United States moved for an Order of Forfeiture forfeiting, to the United States, Defendant Tia Janee Robinson's interest in a judgment for a sum of money (also known as a forfeiture money judgment) in the amount of $382,602 representing a portion of the proceeds Defendant Robinson obtained from her commission of Wire Fraud, in violation of 18 U.S.C. § 1343.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate for the following reasons:

Order of Forfeiture - 1
*United States v. Robinson,* CR23-090-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of Wire Fraud, in violation of 18 U.S.C. § 1343, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. 2461(c);
- In the Plea Agreement she entered on November 6, 2023, Defendant Robinson agreed to forfeiture her interest in the above-referenced forfeiture money judgment pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. 2461(c), as it reflects proceeds she obtained from her commission of Wire Fraud to which she entered a guilty plea (Dkt. No. 126, ¶ 13);
- The forfeiture of this sum of money is personal to Defendant Robinson and, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. 2461(c), and her Plea Agreement, Defendant Robinson's interest in a forfeiture money judgment in the amount of $382,602 is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) – (B), this Order will become final as to the Defendant Robinson at the time she is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3) No right, title, or interest in the identified sum of money exists in any party other than the United States;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order forfeiting the sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $382,602;

5) Forfeiture of the sum of money is separate and distinct from the restitution that is ordered in this case; and

///

Order of Forfeiture - 2
*United States v. Robinson,* CR23-090-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6) The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

DATED this 30th day of January, 2024.

_____
THE HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Jehiel.Baer@usdoj.gov

Order of Forfeiture - 3
*United States v. Robinson,* CR23-090-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970