1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8
    UNITED STATES OF AMERICA,
9                                              No. CR23-00090-JHC-4
                            Plaintiff,
10
            v.                                 ORDER TO SEAL
11                                             ATTACHMENT
    TIA JANEE ROBINSON ,
12                          Defendant.

13

14

            The court, having considered the defense motion to seal Defendant's attachment E
15
    in defense counsel's Sentencing Memorandum, and good cause having been shown, hereby
16
    orders that said pleading shall be sealed.
17

18

19  DATED this 30th day of January, 2024

20

21  _____
    Hon. John H. Chun
22  UNITED STATES DISTRICT JUDGE

23

24

25

26


PROPOSED ORDER TO SEAL- 1                    **LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
Case No. CR23-00090-JHC-4                         720 Third Avenue, Suite 2105
                                                      Seattle, WA  98104
                                                        (206) 447-7422