

**United States Probation and Pretrial Services**
*Western District of Washington*

**Monique D. Neal**                    **Brenda L. Amundson**
*Chief*                                       *Deputy Chief*

# MEMORANDUM

Date:     May 20, 2026

To:       The Honorable John H. Chun, United States District Judge

From:     Jeffery S. Robson
          United States Probation Officer Assistant

Subject:  Tia Robinson
          Case Number: 2:23-CR-00090-JHC-004

          REQUEST TO TRAVEL OUTSIDE THE UNITED STATES

**STATUS**:
On February 5, 2024, Tia Robinson was sentenced by Your Honor for wire fraud in violation of 18 U.S.C §§ 1343. She was sentenced to 18 months' custody followed by 3 years' supervision. In addition to the standard conditions of supervision, the following special conditions were imposed: substance abuse treatment, employment restrictions, disclose all assets, identification only in legal name, mental health treatment, no new credit, no gambling, $383,602 restitution, and submit to search.

**ADJUSTMENT AND EVALUATION**:
Ms. Robinson's adjustment to supervision has been positive. She reports to the probation office as instructed, has been in substantial compliance with her terms of supervision, has a stable residence and employment. She currently owes $375,609.01 in restitution and makes regular payments.

From July 23, 2026, to July 29, 2026, Ms. Robinson would like to travel to attend a family wedding in Guadalajara, Mexico. Accommodations will be at the Intercontinental Hotel in Guadalajara.

If approved for travel, I will issue her a travel permit and require that she provide a Declaration by U.S. Customs form upon his return to the United States.

**RECOMMENDATION**:
I respectfully recommend the Court allow him to travel to Mexico on the aforementioned dates.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of May, 2026.

_____
Jeffery S. Robson
United States Probation Officer Assistant

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

BY:

_____
Jaymie Parkhurst
Supervising United States Probation Officer

The Honorable John H. Chun, United States District Judge

RE: Tia Robinson, 2:23-CR-00090-JHC-004

Page 2

May 20, 2026

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ Approved

☐ Disapproved

☐ Request conference with Probation Officer

_____

Signature of Judicial Officer

May 21, 2026

_____

Date