UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-090-JHC |
| Plaintiff, | ) ) | ORDER FOR TERMINATION OF |
| v. | ) ) | SUPERVISED RELEASE |
| TIA ROBINSON, | ) ) | |
| Defendant. | ) ) ) | |

THE COURT has considered Tia Robinson's motion to terminate her remaining period of supervised release (Dkt. # 356), the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

For the reasons presented by the defense and the Government, IT IS ORDERED that Ms. Robinson's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 16th day of July 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER FOR TERMINATION OF
SUPERVISED RELEASE
(*United States v. Robinson*, CR23-090-JHC) - 1